No. 458. KRUMM *v.* BIRKHOFER ET AL. December 12, 1938. Petition for writ of certiorari to the District Court of Appeal, 4th Appellate District, of California, denied. *Mr. Benjamin W. Shipman* for petitioner. *Mr. Ernest*

654

*Clewe* for respondents.